

# IN THE
# TENTH COURT OF APPEALS

### No. 10-11-00052-CR

**RAUL DELEON NAJERA,**

                                                                   **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                   **Appellee**

### From the 249th District Court
### Johnson County, Texas
### Trial Court No. F44523

## MEMORANDUM  OPINION

Raul Deleon Najera attempts to appeal from his conviction for delivery of a controlled substance.  TEX. HEALTH & SAFETY CODE ANN. § 481.112(c) (West 2010).  By letter dated March 2, 2011, the Clerk of this Court notified Najera that the appeal was subject to dismissal because the trial court's certificate of right of appeal indicated that Najera pled guilty with a plea bargain and had no right to appeal.  *See* TEX. R. APP. P. 25.2(d).  The Clerk also warned Najera that the appeal would be dismissed unless, within 21 days of the date of the letter, a response was filed showing grounds for

continuing the appeal. *See* TEX. R. APP. P. 44.3. We have not received a response from Najera.[1]

Accordingly, this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
Justice Davis, and
Justice Scoggins
Appeal dismissed
Opinion delivered and filed March 30, 2011
Do not publish
[CR25]

---

[1] On March 22, 2011 the Clerk advised Najera that his docketing statement was overdue. That issue is now moot, and Najera may disregard that correspondence.